

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 19, 2020

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:     702-825-2824

*Counsel for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 20-10478-MKN |
| | Chapter 7 |
| NAJM MOOSAVI GHARAVI | |
| | **NOTICE OF HEARING AND ORDER SHORTENING TIME** |
| (DECEASED), | |
| Debtor. | Hearing Date:   __May 21, 2020 |
| | Hearing Time:   __9:30_a.m. |

       The Court, having considered the *Motion for Order Shortening Time and* ("OST Motion") filed by Robert E. Atkinson, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"), by which Trustee sought an order shortening time for the hearing on his *Motion to*

*Abandon Real Estate* ("Motion");[1] and having found that cause is present to hear the Motion on shortened time:

**NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

**IT IS FURTHER ORDERED** that Trustee's Motion shall be heard on shortened time on __**May 21**_, 2020, at _**9:30 a.m.**_ in the United States Bankruptcy Court, District of Nevada, Foley Federal Building, 300 South Las Vegas Boulevard, Las Vegas, Nevada, 89101; and

**IT IS FURTHER ORDERED** that any objections or oppositions to the Motion shall be filed by _**May 20**_, 2020, at **5:00 p.m.**; any replies thereto shall be filed by **the date and time of the hearing**, and the Motion and this Order Shortening Time shall be served immediately of entry of this Order Shortening Time.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:    /s/ Ryan A. Andersen
       Ryan A. Andersen, Esq.
       Nevada Bar No. 12321
       Ani Biesiada, Esq.
       Nevada Bar No. 14347
       101 Convention Center Drive
       Suite 600
       Las Vegas, Nevada 89109

*Counsel for Robert E. Atkinson, Trustee*

# # #

---

[1] All capitalized terms are as defined in the Motion unless otherwise stated herein.